UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DARCEL ESTEP,                                                                          JUDGMENT
                                                                                                    03-CV- 0367 (NGG)
                                    Plaintiff,

    -against-

ST. JOHN'S UNIVERSITY,

                                    Defendant.
------------------------------------------------------------------X

      A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 23, 2003, granting the defendant's motion to dismiss the action, for lack of subject matter jurisdiction; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the defendant's motion to dismiss the action, for lack of subject matter jurisdiction is granted.

Dated: Brooklyn, New York
       September 24, 2003

                                                                         ROBERT C. HEINEMANN
                                                                          Clerk of Court